[This opinion has been published in *Ohio Official Reports* at 76 Ohio St.3d 23.]

THE STATE OF OHIO, APPELLEE, *v*. BUSKEY, APPELLANT.

[Cite as *State v. Buskey*, 1996-Ohio-436.]

*Criminal law—Drug offenses—R.C. 2925.03(M) and 4507.16(D)(2) do not violate the due process or equal protection provisions of the Ohio and United State Constitutions.*

(No. 95-1996—Submitted June 5, 1996—Decided July 3, 1996.)

APPEAL from the Court of Appeals for Franklin County, No. 95APA02-198.

———————————

*Michael Miller*, Franklin County Prosecuting Attorney, and *Katherine Press*, Assistant Prosecuting Attorney, for appellee.

*Judith M. Stevenson*, Franklin County Public Defender, and *Paul Skendelas*, Assistant Public Defender, for appellant.

———————————

{¶ 1} The judgment of the court of appeals, upholding the constitutionality of R.C. 2925.03(M) and 4507.16(D)(2), is affirmed on the authority of *State v. Thompkins* (1996), 75 Ohio St.3d 558, 664 N.E.2d 926.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and STRATTON, JJ., concur.

———————————